An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY HOWARD JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67891



FILED

DEC 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a motion to correct an illegal sentence. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.[1]

Appellant contends that his sentence was illegal because he did not knowingly, voluntarily, and intelligently choose to represent himself at trial. Appellant fails to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction to sentence him. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996) (explaining the scope of a motion to correct an illegal sentence). *See generally Custis v. United States*, 511 U.S. 485, 496 (1994); *Faretta v. California*, 422 U.S. 806 (1975). Therefore, without considering the merits

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38776

of appellant's challenge to his *Faretta* canvass, we conclude that appellant fails to demonstrate that the district court erred by denying his motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jerome M. Polaha, District Judge
Timothy Howard Johnson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A